# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN SHANKS,<br><br>             Plaintiff,<br><br>      v.<br><br>MENDEZ, *et al.*,<br><br>             Defendants. | Case No. 1:20-cv-01083-NONE-SAB (PC)<br><br>ORDER GRANTING MOTION TO CONTINUE SETTLEMENT CONFERENCE<br><br>(ECF No. 29)<br><br>**Date:  April 8, 2021**<br>**Time:  9:30 a.m.** |

A remote settlement conference in this matter is currently scheduled on April 1, 2021, at 9:30 a.m. before the undersigned.  In light of the coronavirus (COVID-19) outbreak and the evolving coronavirus protocols, the Court has ordered that the settlement conference occur remotely through the Zoom videoconferencing application.  (ECF No. 28.)

On February 9, 2021, Defendants filed a motion requesting that the settlement conference be continued.  (ECF No. 29.)  Defendants' counsel declares that he was informed by the Litigation Coordinator at Kern Valley State Prison that the institution would be unable to accommodate Plaintiff's appearance on April 1, 2021 due to previously scheduled video proceedings taking place in other cases on that date, but would be able to facilitate Plaintiff's appearance on April 5–8, 12, 19–22, or 26, 2021.  (Id.)

///

Although Plaintiff has not had an opportunity to file a response, the Court finds a response unnecessary. Furthermore, the Court finds good cause to reschedule the settlement conference.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendants' motion to continue the settlement conference, (ECF No. 29), is GRANTED;
2. The remote settlement conference will be continued to **April 8, 2021 at 9:30 a.m.**; and
3. Counsel for Defendants shall contact Courtroom Deputy, Esther Valdez, at (559) 499-5788 or evaldez@caed.uscourts.gov for the video and dial-in information, including any necessary passcodes, for all parties. Counsel for Defendants is also required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed and providing the necessary Zoom contact information.

IT IS SO ORDERED.

Dated:   **February 10, 2021**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE