UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN SHANKS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>E. MENDEZ, et al.,<br><br>　　　　Defendants. | Case No.: 1:20-cv-01083-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE DARREN SHANKS, CDCR #V-54842 |

A settlement conference in this matter commenced on April 8, 2021. Inmate Darren Shanks, CDCR #V-54842 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: __April 8, 2021__　　　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1